IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01333-WYD-KMT

KELLY POTTER,

    Plaintiff,

v.

PREMIER COLLECTION SERVICE,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed August 22, 2013 (ECF No. 12).  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal With Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**.

Dated:  August 22, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge